```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 15034
    CHARNESE N COGWELL
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7865


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/20/2007 and was not confirmed.

     The case was dismissed without confirmation 11/19/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------

MIDLAND CREDIT MANAGEMEN  UNSECURED         383.72         .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED         730.29         .00           .00
GMAC MORTGAGE             CURRENT MORTG       .00          .00           .00
GMAC MORTGAGE             MORTGAGE ARRE       .00          .00           .00
GMAC MORTGAGE CORPORATIO  NOTICE ONLY     NOT FILED        .00           .00
SANFORD BRADLEY           CURRENT MORTG       .00          .00           .00
SANFORD BRADLEY           MORTGAGE ARRE    3500.00         .00           .00
CREDIT ACCEPTANCE         SECURED VEHIC    6458.00         .00           .00
CREDIT ACCEPTANCE         UNSECURED       NOT FILED        .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         238.49         .00           .00
ARROW FINCL               NOTICE ONLY     NOT FILED        .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED        .00           .00
AT&T                      NOTICE ONLY     NOT FILED        .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED        .00           .00
AT&T                      NOTICE ONLY     NOT FILED        .00           .00
CREDIT MANAGEMENT INC     UNSECURED       NOT FILED        .00           .00
WOW INTERNET & CABLE SER  NOTICE ONLY     NOT FILED        .00           .00
DRIVE FINANCIAL SERVICES  UNSECURED       NOT FILED        .00           .00
F&W LLC                   UNSECURED       NOT FILED        .00           .00
COMCAST CABLE             NOTICE ONLY     NOT FILED        .00           .00
PREMIER BANCARD CHARTER   UNSECURED         314.01         .00           .00
FORD MOTOR CREDIT CORPOR  UNSECURED       NOT FILED        .00           .00
SBC AMERITECH             NOTICE ONLY     NOT FILED        .00           .00
MCI                       NOTICE ONLY     NOT FILED        .00           .00
TORRES CREDIT SERVICES    UNSECURED       NOT FILED        .00           .00
COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED        .00           .00
RJM AQUISITIONS FUNDING   UNSECURED         127.88         .00           .00
B-REAL LLC                UNSECURED         476.26         .00           .00
GLEASON & GLEASON LLC     DEBTOR ATTY     1,500.00                       .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 15034 CHARNESE N COGWELL
```

```
-------------------------------------------------------------------------------
TRUSTEE                                              .00

PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                             ---------------   ---------------
TOTALS                                               .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 02/26/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE